**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed June 25, 2013.**



In The

# Fourteenth Court of Appeals

## NO. 14-13-00495-CV

## IN RE ROBERT PRIMO, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-68391**

### MEMORANDUM OPINION

On June 10, 2013, relator filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. §22.221 (Vernon 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Jaclanel McFarland, presiding judge of the 133rd District Court of Harris County to vacate two orders.

The first order, signed May 22, 2013, granted the motion for "death penalty" sanctions filed by real party in interest, Scott Rothenberg. The second order, signed

May 13, 2013, granted Rothenberg's motion for no-evidence partial summary judgment.  On June 12, 2013, relator filed a first amended petition for writ of mandamus containing a corrected verification.  On June 19, 2013, relator filed a second amended petition for writ of mandamus.

The petition filed on June 19, 2013, complains of the same two orders as well as three additional orders.  It was therefore filed in this court as 14-13-00532-CV and renders the petitions filed in 14-13-00495-CV moot.  Accordingly, the petition for writ of mandamus filed June 10, 2013 and the first amended petition filed June 12, 2013, are ordered dismissed as moot.[1]

PER CURIAM

Panel consists of Justices Boyce, Jamison, and Busby.

---

[1] The record in 14-13-00495-CV has been transferred to 14-13-00532-CV.